1
2
3
4
5

UNITED STATES DISTRICT COURT

6

DISTRICT OF NEVADA

7

* * *

8

VAFA SHAMSAI-NMEJAD,                )
                                    )
9           Plaintiff,              )          2:12-cv-424-KJD-RJJ
                                    )
10   vs.                            )
                                    )
11   OPRAH WINFREY, *et al.*,       )          O R D E R
                                    )
12          Defendant,              )
                                    )
_____)

13
14

This matter is before the Court on an Application to Proceed in District Court Without

15

Prepaying Fees or Costs (#1).

16

The Court having reviewed the Application (#1) and the proposed complaint attached

17

thereto and good cause appearing therefore,

18

IT IS HEREBY ORDERED that a status hearing is scheduled for April 19, 2012, at 10:00

19

AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

20

So., Las Vegas, Nevada.

21

IT IS FURTHER ORDERED that only Plaintiff, VAFA SHAMSAI-NMEJAD,  is

22

required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this

23

hearing may result in a recommendation that this case be dismissed.

24

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25

Plaintiff by certified mail, return receipt requested.

26

DATED this  22d  day of March, 2012.

27
28

_____
ROBERT J. JOHNSTON
United States Magistrate Judge